IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN F. EULICH**, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:99-CV-1842-L** |
| | § | |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondent. | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the court is the United States' Renewed Motion to Determine Petitioner's Claim of Privilege and to Turn Over Documents Determined Not Privileged, filed February 26, 2009.  After careful consideration of the motion, response, briefs, record, documents submitted for *in camera* review, and applicable law, the court **grants** the United States' Renewed Motion to Determine Petitioner's Claim of Privilege and to Turn Over Documents Determined Not Privileged, and **orders** the Petitioner to produce those documents as herein ordered.

## I.      Factual and Procedural Background

The Internal Revenue Service ("IRS") is investigating Petitioner John F. Eulich ("Eulich" or "Petitioner") for the tax years of 1995, 1995 and 1997.  As part of its investigation, the IRS sought documents relating to a Bahamian trust, the Mona Elizabeth Mallion Settlement Trust No. 16 ("MST-16" or "the Trust"), and to various corporations controlled by the Trust.  To that end, on May 18, 1999 and November 15, 1999, the IRS issued Formal Document Requests ("FDRs") on Eulich and Virginia Eulich, his wife, and on or about July 15, 1999,  served an Administrative Summons on the Eulichs.

On August 16, 1999, Eulich and his wife filed this action to quash certain document requests relating to the Trust, and the Government subsequently filed counterclaims seeking to enforce the summonses.  On February 9, 2001, the magistrate judge filed a report and recommendation, after having held a hearing, recommending that the summonses be enforced against both Eulich and his wife.  On September 17, 2002, this court accepted the magistrate judge's recommendation and enforced the summonses and FDRs (the "enforcement order").[1]

Pursuant to the enforcement order, Petitioner produced numerous documents to the IRS.  He also provided to the court for *in camera* review voluminous documents for which he claimed the attorney work-product or the attorney-client privileges.  These documents were accompanied by a privilege log and a fifteen-page letter brief, which explained why Petitioner believes the documents are privileged.  The court granted the IRS's oral request to file a response to the letter brief.  The IRS filed its response on June 17, 2005.

## II.      Analysis

### 1.       Legal Standard

"The attorney-client privilege protects from disclosure confidential communications between a client and his or her attorney made for the purpose of facilitating the rendition of professional legal services to the client . . . ."  *International Ins. Co. v. RSR Corp.*, 426 F.3d 291, 299 (5th Cir.2005) (internal quotation marks and citation omitted), *reh'g denied*.  "A communication is only

---

[1]The Eulichs appealed, and on August 27, 2003, the Fifth Circuit Court of Appeals affirmed the enforcement order as to Eulich and reversed the enforcement order as to his wife.  Specifically, the Fifth Circuit held that Virginia Eulich did not have custody or control of the requested documents, as she was named in the FDRs and summonses only because she was married to Eulich and because community property was used in establishing the Trust.  Accordingly, based on the Fifth Circuit's opinion, Virginia Eulich is no longer a party to this action, as she has no obligation or responsibilities associated with the FDRs and summonses.  The Fifth Circuit, however, refused to "disturb the finding that John Eulich has control of the [requested] documents."  *Eulich v. United States*, 2003 WL 22018884 at *1 (5th Cir. 2003).

**Memorandum Opinion and Order – Page 2**

'confidential' for the purposes of the attorney-client privilege if it is not intended to be disclosed to a third party." *Id.* at 299 n.27 (internal citation omitted). The attorney-client privilege "exists to protect [both] the giving of professional advice . . . [and] the giving of information to the lawyer to enable him to give sound and informed advice." *Upjohn Co. v. United States*, 449 U.S. 383, 390 (1981). The party asserting a privilege has the burden to demonstrate that the privilege exists under the circumstances presented. *United States v. Newell*, 315 F.3d 510, 525 (5th Cir. 2002). Documents and materials that are developed by an attorney for use in, or in anticipation of, litigation are not protected by the attorney-client privilege. These materials, however, "may be cloaked from disclosure to an adverse party - at least during the discovery process - on the ground that they constitute the attorney's work product." *Hodges, Grant & Kaufmann v. United States Gov't*, 768 F.2d 719, 721 (5th Cir. 1985). The party asserting the work-product claim bears the burden of establishing that a document is work product. *Id.*

   2.    **Determination**

      In light of this standard, the court determines that the following documents are subject to the work-product or attorney-client privileges:

| | **Documents Privileged** | **Documents Not Privileged** |
|---|---|---|
| **Fullerlove** | | MFPRIV 000001-2 |
| | MFPRIV 000003-6 | |
| | MFPRIV 000007-8 | |
| **Kennedy** (attorney-client) | | F000530 |
| | | F000531 |
| | | F001296 |

| | Documents Privileged (cont'd) | Documents Not Privileged (cont'd) |
|---|---|---|
| | | F004051-53 |
| | FDR00454 paragraph 3 only | FDR000454 (remainder) |
| | | FDR00462 |
| | | FDR00463 |
| | | FDR00464-65 |
| | | FDR2232 |
| | FDR3167-68<br>(3167 line items 4 and 6 only) | FDR3167-68 (remainder) |
| | | FDR03380-81 |
| | FDR03382-84 | |
| | FDR02195-97 | |
| | FDR02204–07 | |
| | FDR02208-15 | |
| | FDR02216-20 | |
| | | FDR02231 |
| | FDR02236-39 | |
| | | F001292-93 |
| | | F001294-95 |
| | F001298-1302 | |
| | FDR03368 | |
| | | F001252 |
| | F002903 | |
| | | FDR1380-82 |
| | FDR02165 | |
| | FDR02166-67 | |
| | FDR02168 | |

| | Documents Privileged (cont'd) | Documents Not Privileged (cont'd) |
|---|---|---|
| | FDR02169-70 | |
| | FDR02198-2203 | |
| | FDR02226-9 | |
| | FDR02255-6 | |
| | FDR02349-58 | |
| | | FDR03155 |
| | | F003403 |
| | | F003455-56 |
| | | FDR03094 |
| | | FDR03131 |
| | | FDR03151 |
| | FDR03376-79 | |
| | | FDR03393 |
| | | FDR03394 |
| | | FDR3490 |
| | | FDR03051 |
| | | FDR03177-78 |
| | | FDR03471 |
| | | FDR03506 |
| | | FDR00952 |
| | FDR00953-61 | |
| | FDR00962-68 | |
| | FDR00969-70 | |
| | FDR00971-72 | |
| | FDR00973-78 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |

| | | |
|---|---|---|
| | FDR001024 | |
| | FDR01025-26 | |
| **Kennedy** (work product) | | |
| | | FDR204717-18 |
| | | FDR02233-34 |
| | | F003391 |
| | | F00397 |
| | | F003398-400 |
| | | F003409 |
| | | F003458 |
| | | FDR03046-47 |
| | | FDR03150 |
| | | FDR03400-02 |
| | | FDR03404-05 |
| | | FDR03409-10 |
| | | FDR02248-9 |
| | | FDR03429-30 |
| | | FDR03451-54 |
| | | F001288-91 |
| | | F003431 |
| | | FDR01858-59 |
| | | FDR03048 |
| | | FDR03049 |
| | | FDR03050 |
| | | FDR03136-47 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |

| | | |
|---|---|---|
| | | FDR03172-73 |
| | | FDR03308-10 |
| | | FDR03359-60 |
| | | FDR03363 |
| | | FDR03366 |
| | | FDR03367 |
| | | FDR03501-03 |
| | | FDR03504 |
| **Mizell** | | |
| | | RMPRIV000001 |
| | | RMPRIV000002-4 |
| | | RMPRIV000005 |
| | RMPRIV000006 (second paragraph) | |
| | | RMPRIV000006 (remainder) |
| | | RMPRIV000007-8 |
| | | RMPRIV000009-11 |
| | | RMPRIV0000013 |
| | | RMPRIV0000014 |
| | | RMPRIV0000015 |
| | | RMPRIV0000016 |
| | | RMPRIV0000017 |
| | | RMPRIV0000018 |
| | | RMPRIV0000019-22 |
| | RMPRIV0000023-24 | |
| | RMPRIV0000025 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |

| | | |
|---|---|---|
| | | RMPRIV0000026 |
| | | RMPRIV0000027-28 |
| | | RMPRIV0000029 |
| | | RMPRIV0000030 |
| | | RMPRIV0000031-32 |
| | | RMPRIV0000036 |
| | RMPRIV0000037 | |
| | RMPRIV0000038 | |
| | RMPRIV0000039 | RMPRIV0000040-42 |
| | | RMPRIV0000043 |
| | | RMPRIV0000044 |
| | | RMPRIV0000045 |
| | | RMPRIV0000048-50 |
| | | RMPRIV0000051-52 |
| | | RMPRIV0000054 |
| | | RMPRIV0000055-56 |
| | | RMPRIV0000057-58 |
| | | RMPRIV0000059 |
| | RMPRIV0000060-62 | |
| | RMPRIV0000063-66 | |
| | RMPRIV0000067-68 | |
| | RMPRIV0000069-70 | |
| | | RMPRIV0000071 |
| | | RMPRIV0000072 |
| | | RMPRIV0000073 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV0000074-75 | |

| | | |
|---|---|---|
| | | RMPRIV0000076 |
| | | RMPRIV0000077 |
| | RMPRIV0000078-79 | |
| | | RMPRIV0000080 |
| | | RMPRIV0000081 |
| | | RMPRIV0000082 |
| | | RMPRIV0000084 |
| | RMPRIV0000085-86 | |
| | RMPRIV0000087 | |
| | | RMPRIV0000088 |
| | | RMPRIV0000089 |
| | | RMPRIV0000090 |
| | | RMPRIV0000091 |
| | | RMPRIV0000092-95 |
| | | RMPRIV0000096 |
| | | RMPRIV0000097 |
| | | RMPRIV0000098 |
| | | RMPRIV000099-100 |
| | | RMPRIV000101 |
| | | RMPRIV000103 |
| | | RMPRIV000104 |
| | | RMPRIV000105 |
| | | RMPRIV000106 |
| | | RMPRIV000107 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000108 |
| | | RMPRIV000109-110 |

|  |  | RMPRIV000111 |
|--|--|--|
|  | RMPRIV000112-16 |  |
|  |  | RMPRIV000119 |
|  |  | RMPRIV000120 |
|  |  | RMPRIV000123-24 |
|  | RMPRIV000125-26 |  |
|  | RMPRIV000127-28 |  |
|  | RMPRIV000129-134 |  |
|  |  | RMPRIV000135 |
|  |  | RMPRIV000136 |
|  |  | RMPRIV000137 |
|  | RMPRIV000138-39 |  |
|  |  | RMPRIV00040 |
|  |  |  |
|  | RMPRIV000151-52 | RMPRIV000150 |
|  | RMPRIV000153-56 |  |
|  | RMPRIV000157 |  |
|  | RMPRIV000158-162 |  |
|  | RMPRIV000163-64 |  |
|  | RMPRIV000167-68 |  |
|  | RMPRIV000170-71 |  |
|  | RMPRIV000172-74 |  |
|  | RMPRIV000175 | RMPRIV000176-195 |
|  | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
|  |  | RMPRIV000196 |
|  |  | RMPRIV000197 |
|  |  | RMPRIV000198-99 |

| | | |
|---|---|---|
| | | RMPRIV000200 |
| | | RMPRIV000201 |
| | | RMPRIV000202 |
| | | RMPRIV000205 |
| | RMPRIV000206 | |
| | RMPRIV000207 | |
| | | RMPRIV000208 |
| | RMPRIV000209 | |
| | | RMPRIV000210 |
| | RMPRIV000211 | |
| | RMPRIV000212-13 | |
| | | RMPRIV000218 |
| | | RMPRIV000219 |
| | | RMPRIV000220 |
| | | RMPRIV000221 |
| | | RMPRIV000222 |
| | | RMPRIV000225 |
| | | RMPRIV000226 |
| | | RMPRIV000227 |
| | | RMPRIV000228 |
| | RMPRIV000229 | |
| | RMPRIV000234 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV000235 | |
| | | RMPRIV000236 |
| | | RMPRIV000237 |
| | | RMPRIV000238-242 |

| | | |
|---|---|---|
| | | RMPRIV000243 |
| | | RMPRIV000244 |
| | RMPRIV000245 | |
| | | RMPRIV000246 |
| | | RMPRIV000247 |
| | | RMPRIV000248 |
| | | RMPRIV000249 |
| | RMPRIV000250 (last paragraph only) | RMPRIV000250 (remainder) |
| | | RMPRIV000251 |
| | | RMPRIV000252 |
| | | RMPRIV000253-56 |
| | | RMPRIV000257 |
| | RMPRIV000258 (number 4) | RMPRIV000258 (remainder) |
| | | RMPRIV000259 |
| | | RMPRIV000260 |
| | | RMPRIV000261-62 |
| | | RMPRIV000265 |
| | | RMPRIV000266 |
| | RMPRIV000267 | |
| | | RMPRIV000268 |
| | | RMPRIV000269 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000270-71 |
| | | RMPRIV000272 |
| | RMPRIV000273 | |
| | | RMPRIV000274 |

| | | |
|---|---|---|
| | RMPRIV000275 | |
| | | RMPRIV000276 |
| | | RMPRIV000277 |
| | | RMPRIV000278 |
| | | RMPRIV000279 |
| | | RMPRIV000280 |
| | | RMPRIV000281 |
| | RMPRIV000282 | |
| | | RMPRIV000283 |
| | | RMPRIV000284 |
| | RMPRIV000285-86 | |
| | RMPRIV000287-88 | |
| | RMPRIV000289-93 | |
| | | RMPRIV000294 |
| | RMPRIV000295 (item d.) | RMPRIV000295 (remainder) |
| | | RMPRIV000296-97 |
| | RMPRIV000298 | |
| | | RMPRIV000299 |
| | | RMPRIV000300 |
| | RMPRIV000301 | |
| | RMPRIV000302 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000303 |
| | | RMPRIV000309 |
| | | RMPRIV000310 |
| | RMPRIV000311 | |
| | | RMPRIV000317 |

| | | |
|---|---|---|
| | RMPRIV000320 | |
| | RMPRIV000321-23 | |
| | RMPRIV000324-25 | |
| | | RMPRIV000326 |
| | | RMPRIV000328 |
| | RMPRIV000329-331 | |
| | | RMPRIV000332-33 |
| | | RMPRIV000334-35 |
| | RMPRIV000336 (line 13, sentence beginning with "Mr. van Oosten . . .") | RMPRIV000336 remainder |
| | | RMPRIV000337 |
| | RMPRIV000338 (lines23-32) | RMPRIV000338 (remainder) |
| | | RMPRIV000339 |
| | | RMPRIV000344 |
| | | RMPRIV000345 |
| | | RMPRIV000346 |
| | RMPRIV000347 | |
| | | RMPRIV000348 |
| | | RMPRIV000349 |
| | RMPRIV000350 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV000351 | |
| | RMPRIV000352 | |
| | | RMPRIV000353 |
| | | RMPRIV000354 |
| | | RMPRIV000355-362 |

| | | |
|---|---|---|
| | RMPRIV000363-64 | |
| | RMPRIV000365-66 | |
| | RMPRIV000367-69 | |
| | RMPRIV000370 (Third paragraph only) | RMPRIV000370 (remainder) |
| | RMPRIV000371 | |
| | | RMPRIV000372 |
| | | RMPRIV000373 |
| | | RMPRIV000374 |
| | | RMPRIV000375 |
| | RMPRIV000378-82 | |
| | | RMPRIV000383-84 |
| | | RMPRIV000385-86 |
| | | RMPRIV000387 |
| | | RMPRIV000388 |
| | | RMPRIV000389 |
| | | RMPRIV000390 |
| | RMPRIV000391 (first paragraph only) | RMPRIV000391 (remainder) |
| | RMPRIV000392 | |
| | RMPRIV000393 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV000394 | |
| | RMPRIV000395 | |
| | RMPRIV000396 (third paragraph: "Apparently this . . .") | RMPRIV000396 (remainder) |
| | | RMPRIV000397 |
| | | RMPRIV000398 |

| | | |
|---|---|---|
| | | RMPRIV000399-401 |
| | RMPRIV000402 (first 3 paragraphs) | RMPRIV000402 (last 3 paragraphs) |
| | | RMPRIV000403 |
| | RMPRIV000404 | |
| | | RMPRIV000405-06 |
| | RMPRIV000407 | |
| | RMPRIV000408-410 | |
| | RMPRIV000411-12 | |
| | | RMPRIV000413-14 |
| | | RMPRIV000415-16 |
| | | RMPRIV000417 |
| | | RMPRIV000418 |
| | | RMPRIV000419 |
| | RMPRIV000420 (last two paragraphs) | RMPRIV000420 (remainder) |
| | RMPRIV000421 (first paragraph) | RMPRIV000421 (remainder) |
| | | RMPRIV000422 |
| | | RMPRIV000423 |
| | | RMPRIV000424-25 |
| | | RMPRIV000426-27 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000428 |
| | | RMPRIV000429-30 |
| | | RMPRIV000431-35 |
| | RMPRIV000436-38 | |
| | RMPRIV000439 | |

| | | RMPRIV000440-41 |
|---|---|---|
| | | RMPRIV000442-45 |
| | RMPRIV000446-49 | |
| | | RMPRIV000450 |
| | | RMPRIV000451 |
| | | RMPRIV000452 |
| | | RMPRIV000453 |
| | | RMPRIV000454-55 |
| | | RMPRIV000457 |
| | | RMPRIV000458 |
| | | RMPRIV000459 |
| | | RMPRIV000460 |
| | | RMPRIV000461 |
| | RMPRIV000462 | |
| | RMPRIV000463 | |
| | | RMPRIV000464 |
| | RMPRIV000465 | |
| | | RMPRIV000466 |
| | RMPRIV000467 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV000468 (beginning  fourth paragraph ("I need to note . . .") | RMPRIV000468 (remainder) |
| | RMPRIV000469 (remainder) | RMPRIV000469 (items 4. and 5.) |
| | | RMPRIV000470 |
| | RMPRIV000471 | |

| | | |
|---|---|---|
| | RMPRIV000472 | |
| | | RMPRIV000473 |
| | | RMPRIV000474 |
| | | RMPRIV000475 |
| | | RMPRIV000476 |
| | | RMPRIV000477 |
| | | RMPRIV000478 |
| | | RMPRIV000479 |
| | | RMPRIV000480 |
| | RMPRIV000481 | |
| | RMPRIV000482-83 | |
| | RMPRIV000484 (paragraph beginning "John asked . . .") | RMPRIV000484 (remainder) |
| | | RMPRIV000485 |
| | RMPRIV000486 (last three paragraphs) | RMPRIV000486 (remainder) |
| | | RMPRIV000487-91 |
| | RMPRIV000492 | |
| | | RMPRIV000493 |
| | | RMPRIV000494 |
| | | RMPRIV000495 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000498-99 |
| | | RMPRIV000500-01 |
| | | RMPRIV000502-03 |
| | | RMPRIV000504 |
| | | RMPRIV000506 |

| | | |
|---|---|---|
| | RMPRIV000507 (last two paragraphs) | RMPRIV000507 (remainder) |
| | RMPRIV000508 | |
| | | RMPRIV000509 |
| | | RMPRIV000510 |
| | | RMPRIV000511 |
| | | RMPRIV000512-14 |
| | | RMPRIV000515-18 |
| | RMPRIV000519 | |
| | | RMPRIV000523 |
| | RMPRIV000524 | |
| | RMPRIV000525-26 | |
| | RMPRIV000527 | |
| | | RMPRIV000528 |
| | | RMPRIV000529-30 |
| | | RMPRIV000531-33 |
| | | RMPRIV000536-39 |
| | RMPRIV000540 | |
| | RMPRIV000541 | |
| | | RMPRIV000542-43 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | RMPRIV000544 (first paragraph) | RMPRIV000544 (remainder) |
| | | RMPRIV000545 |
| | RMPRIV000546 | |
| | RMPRIV000547 | |
| | | RMPRIV000548 |

| | | |
|---|---|---|
| | RMPRIV000549 | |
| | | RMPRIV000551 |
| | | RMPRIV000557-58 |
| | RMPRIV000559 | |
| | | RMPRIV000560 |
| | RMPRIV000561 (last paragraph) | RMPRIV000561 (remainder) |
| | | RMPRIV000562 |
| | RMPRIV000563 | |
| | | RMPRIV000564-65 |
| | | RMPRIV000566 |
| | RMPRIV000567 | |
| | | RMPRIV000568 |
| | RMPRIV000569 | |
| | RMPRIV000570-71 | |
| | RMPRIV000572 | |
| | | RMPRIV000573-74 |
| | | RMPRIV000575-76 |
| | | RMPRIV000577-78 |
| | | RMPRIV000579-80 |
| | | RMPRIV000581-82 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000583 |
| | | RMPRIV000584 |
| | | RMPRIV000585-87 |
| | | RMPRIV000588-89 (there were some illegible portions) |
| | | RMPRIV000593-96 |

| | | |
|---|---|---|
| | | RMPRIV000597-604 |
| | | RMPRIV000605-11 |
| | | RMPRIV000612 |
| | RMPRIV000613-22 | |
| | | RMPRIV000623-28 |
| | RMPRIV000629-34 | |
| | RMPRIV000635-37 | |
| | | RMPRIV000638 |
| | | RMPRIV000639 |
| | | RMPRIV000640 |
| | | RMPRIV000641 |
| | RMPRIV000642-44 | |
| | | RMPRIV000645 |
| | RMPRIV000646 | |
| | RMPRIV000647 | |
| | | RMPRIV000648 |
| | | RMPRIV000649 |
| | | RMPRIV000650 |
| | RMPRIV000651 (paragraphs 9., A., and B.) | RMPRIV000651 (remainder) |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | RMPRIV000652 |
| | | RMPRIV000653 |
| | | RMPRIV000654 |
| | RMPRIV000655-58 | |
| | | RMPRIV000659-60 |
| | | RMPRIV000661 |

| | | |
|---|---|---|
| | | RMPRIV000662 |
| | | RMPRIV000663 |
| | | RMPRIV000664-65 |
| | RMPRIV000666 | |
| | RMPRIV000667-68 | |
| | RMPRIV000670 (last paragraph) | RMPRIV000670 (remainder) |
| | | RMPRIV000671 |
| | RMPRIV000672-73 | |
| | RMPRIV000674 (second paragraph under 2.) | RMPRIV000674 (remainder) |
| | | RMPRIV000675 |
| | | RMPRIV000676-78 |
| **Rounce** | | |
| | RMPRIV000683-84 | |
| | RMPRIV000685 (last six paragraphs) | RMPRIV000685 (remainder) |
| | | RMPRIV000686-87 |
| **Lohmeyer** | | |
| | FLPRIV00001-4 | |
| | | FLPRIV00005-6 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV00051 | |
| | FLPRIV00052-68 | |
| | | FLPRIV00069-71 |
| | | FLPRIV00075-76 |
| | FLPRIV00078-80 | |
| | | FLPRIV00083-86 |
| | FLPRIV00087 | |

| | | |
|---|---|---|
| | | FLPRIV00088-90 |
| | | FLPRIV00091-96 |
| | FLPRIV00097-99 | |
| | | FLPRIV00106-13 |
| | | FLPRIV00114-15 |
| | | FLPRIV00116 |
| | FLPRIV00117-18 | |
| | | FLPRIV00119 |
| | | FLPRIV00125-28 |
| | | FLPRIV00129-33 |
| | | FLPRIV00136 |
| | | FLPRIV00182 |
| | | FLPRIV00183-184 |
| | | FLPRIV00185-87 |
| | | FLPRIV00188-89 |
| | | FLPRIV00190-91 |
| | | FLPRIV00192 |
| | | FLPRIV00195 |
| | | FLPRIV00198-99 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV00200 |
| | | FLPRIV00201 |
| | | FLPRIV00202-03 |
| | | FLPRIV00204-05 |
| | | FLPRIV00206 |
| | | FLPRIV00207 |
| | | FLPRIV00208-24 |

|  |  | FLPRIV00229-32 |
|--|--|--|
|  | FLPRIV00233-36 |  |
|  |  | FLPRIV00238-39 |
|  | FLPRIV00240 |  |
|  |  | FLPRIV00248-49 |
|  |  | FLPRIV00250-51 |
|  | FLPRIV00273 |  |
|  | FLPRIV00276 |  |
|  |  | FLPRIV00281-82 |
|  |  | FLPRIV00283-84 |
|  | FLPRIV00285-89 |  |
|  |  | FLPRIV00290 |
|  | FLPRIV00311-16 |  |
|  | FLPRIV00317-18 |  |
|  |  | FLPRIV00319-20 |
|  |  | FLPRIV00321 |
|  |  | FLPRIV00322-23 |
|  |  | FLPRIV00330-31 |
|  |  | FLPRIV00332-34 |
|  | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
|  | FLPRIV00359-60 |  |
|  |  | FLPRIV00361 |
|  |  | FLPRIV00362 |
|  |  | FLPRIV00363 |
|  |  | FLPRIV00364-65 |
|  |  | FLPRIV00366-67 |
|  |  | FLPRIV00368 |

| | | |
|---|---|---|
| | FLPRIV00369-70 | |
| | | FLPRIV00371-73 |
| | | FLPRIV00374 |
| | | FLPRIV00375 |
| | | FLPRIV00376-79 |
| | | FLPRIV00380-82 |
| | FLPRIV00383-85 | |
| | FLPRIV00386-89 | |
| | | FLPRIV00390 |
| | | FLPRIV00392-94 |
| | | FLPRIV00395-96 |
| | | FLPRIV00397 |
| | FLPRIV00398 | |
| | | FLPRIV00399-409 |
| | | FLPRIV00410-43 |
| | | FLPRIV00444-47 |
| | | FLPRIV00448 |
| | | FLPRIV00449-50 |
| | | FLPRIV00451 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV00452-53 |
| | FLPRIV00454 | |
| | | FLPRIV0000455 |
| | FLPRIV00456 (second paragraph) | FLPRIV00456 (remainder) |
| | | FLPRIV00457-61 |
| | | FLPRIV00462 |

| | | |
|---|---|---|
| | | FLPRIV00463-74 |
| | FLPRIV00475-77 | |
| | FLPRIV00478-85 | |
| | | FLPRIV00486 |
| | FLPRIV00487 (first paragraph of 1.2) | FLPRIV00487 (remainder) |
| | FLPRIV00488 (2.2 and first paragraph of 2.3) | FLPRIV00488 (remainder) |
| | | FLPRIV00489-91 |
| | FLPRIV00492 (7.2) | FLPRIV00492 (remainder) |
| | | FLPRIV00493-98 |
| | | FLPRIV00499 |
| | | FLPRIV00500-510 |
| | | FLPRIV00511 |
| | | FLPRIV00517-19 |
| | | FLPRIV00520-21 |
| | FLPRIV00522-27 | |
| | | FLPRIV00528 |
| | | FLPRIV00529-30 |
| | FLPRIV00531 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV00535-46 |
| | | FLPRIV00547-48 |
| | | FLPRIV00549-50 |
| | | FLPRIV00551 |
| | | FLPRIV00552 |
| | FLPRIV00553-55 | |
| | | FLPRIV00567-68 |

| | | |
|---|---|---|
| | | FLPRIV00569 |
| | FLPRIV00571 (first paragraph of 1.2) | FLPRIV00571 (remainder) |
| | FLPRIV00572 (2.2 and first paragraph of 2.3) | FLPRIV00572 (remainder) |
| | | FLPRIV00573-75 |
| | FLPRIV00576 (7.2) | FLPRIV00576 (remainder) |
| | | FLPRIV00577-80 |
| | | FLPRIV00588-90 |
| | | FLPRIV00591-93 |
| | | FLPRIV00594 |
| | | FLPRIV00595 |
| | | FLPRIV00596-98 |
| | FLPRIV00599-604 | |
| | | FLPRIV00605-39 |
| | | FLPRIV00640 |
| | FLPRIV00641-46 | |
| | | FLPRIV00647 |
| | | FLPRIV00648-49 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV00650-54 |
| | | FLPRIV00658 |
| | | FLPRIV00659 |
| | | FLPRIV00660 |
| | | FLPRIV00661-62 |
| | | FLPRIV00663 |
| | | FLPRIV00664 |
| | | FLPRIV00665 |

| | | |
|---|---|---|
| | | FLPRIV00666 |
| | FLPRIV00667-69 | |
| | FLPRIV00670-71 | |
| | FLPRIV00672-73 | |
| | | FLPRIV00674 |
| | FLPRIV00675-76 | |
| | FLPRIV00677 | |
| | FLPRIV00678-80 | |
| | | FLPRIV00681 |
| | | FLPRIV00682-84 |
| | | FLPRIV00685 |
| | | FLPRIV00686 |
| | | FLPRIV00687-88 |
| | | FLPRIV00702-04 |
| | FLPRIV00705-09 | |
| | FLPRIV00710-12 | |
| | | FLPRIV00713-824 |
| | | FLPRIV00825-26 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV00827-30 | |
| | FLPRIV00831-34 | |
| | FLPRIV00835-40 | |
| | FLPRIV00841-44 | |
| | FLPRIV00845-48 | |
| | | FLPRIV00849-50 |
| | | FLPRIV00851 |
| | FLPRIV00852-54 | |

|  |  | FLPRIV00855 |
|---|---|---|
|  | FLPRIV00856-59 |  |
|  | FLPRIV00860-65 |  |
|  | FLPRIV00866-67 |  |
|  | FLPRIV00868-69 |  |
|  | FLPRIV00870 |  |
|  | FLPRIV00871 |  |
|  | FLPRIV00872 |  |
|  |  | FLPRIV00873-74 |
|  | FLPRIV00880-82 |  |
|  |  | FLPRIV00883 |
|  | FLPRIV00884-86 |  |
|  | FLPRIV00887-96 |  |
|  | FLPRIV00897-912 |  |
|  | FLPRIV00913 |  |
|  | FLPRIV00914 |  |
|  |  | FLPRIV00915-19 |
|  | FLPRIV00921-23 |  |
|  | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
|  | FLPRIV00924-25 |  |
|  |  | FLPRIV00926 |
|  | FLPRIV00927-29 |  |
|  | FLPRIV00930-936 |  |
|  |  | FLPRIV00937 |
|  | FLPRIV00938 (second paragraph) | FLPRIV00938 (remainder) |
|  |  | FLPRIV00939 |

| | | |
|---|---|---|
| | | FLPRIV00940 |
| | | FLPRIV00943-44 |
| | | FLPRIV00947-48 |
| | FLPRIV00949 (last paragraph) | FLPRIV00949 (remainder) |
| | | FLPRIV00950-53 |
| | | FLPRIV00959-74 |
| | | FLPRIV00975-77 |
| | | FLPRIV00978-80 |
| | | FLPRIV00981-84 |
| | | FLPRIV00985-86 |
| | | FLPRIV00987-89 |
| | | FLPRIV00990-91 |
| | | FLPRIV00992-94 |
| | FLPRIV00995-96 | |
| | | FLPRIV00997-98 |
| | | FLPRIV00999-1000 |
| | | FLPRIV01001-03 |
| | | FLPRIV01004-06 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV01007 |
| | | FLPRIV01008-1040 |
| | FLPRIV01041-42 | |
| | | FLPRIV01043-44 |
| | FLPRIV01045-48 | |
| | FLPRIV01049 | |
| | | FLPRIV01050-60 |
| | | FLPRIV01061-92 |

| | | |
|---|---|---|
| | FLPRIV01093 | |
| | FLPRIV01094 | |
| | FLPRIV01095-96 | |
| | | FLPRIV01097 |
| | FLPRIV0198 (6.) | FLPRIV01098 (remainder) |
| | | FLPRIV01099 |
| | | FLPRIV01100-02 |
| | | FLPRIV01103-07 |
| | | FLPRIV01108-13 |
| | FLPRIV01114-54 | |
| | FLPRIV01155-56 | |
| | | FLPRIV01157 |
| | | FLPRIV01158 |
| | | FLPRIV01159 |
| | | FLPRIV01160-61 |
| | FLPRIV01162 | |
| | FLPRIV01163 | |
| | | FLPRIV01164-67 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV01168 |
| | | FLPRIV01169-70 |
| | | FLPRIV01171 |
| | FLPRIV01172-73 | |
| | | FLPRIV01174-75 |
| | | FLPRIV01176-79 |
| | | FLPRIV01180 |
| | | FLPRIV01181-83 |

| | | |
|---|---|---|
| | | FLPRIV01184-86 |
| | | FLPRIV01187-89 |
| | FLPRIV01191-97 | |
| | FLPRIV01198-1200 | |
| | FLPRIV01201 | |
| | | FLPRIV01202-08 |
| | FLPRIV01209-1331 | |
| | | FLPRIV01332-33 |
| | | FLPRIV01334-38 |
| | | FLPRIV01339 |
| | | FLPRIV01340 |
| | | FLPRIV01342 |
| | | FLPRIV01343-45 |
| | | FLPRIV01346-49 |
| | FLPRIV01350-1446 | |
| | | FLPRIV01447 |
| | | FLPRIV01462 |
| | | FLPRIV01463-73 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV01474 |
| | | FLPRIV01475-77 |
| | | FLPRIV0 1478-82 |
| | | FLPRIV01483-84 |
| | FLPRIV01485-87 | |
| | | FLPRIV01488-90 |
| | | FLPRIV01491-92 |
| | | FLPRIV0 1493-94 |

| | | |
|---|---|---|
| | | FLPRIV01495-99 |
| | FLPRIV01526-27 | |
| | FLPRIV01528-32 | |
| | | FLPRIV01705-06 |
| | FLPRIV01707-13 | |
| | FLPRIV01714-16 | |
| | | FLPRIV01717-18 |
| | | FLPRIV01719 |
| | FLPRIV01720 | |
| | | FLPRIV01721 |
| | | FLPRIV01722 |
| | | FLPRIV01723-24 |
| | FLPRIV01725-28 | |
| | FLPRIV01729-35 | |
| | FLPRIV01736-41 | |
| | FLPRIV01742-44 | |
| | FLPRIV01745-47 | |
| | FLPRIV01748-49 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV01750-55 | |
| | FLPRIV01756-58 | |
| | FLPRIV01759-61 | |
| | | FLPRIV01763-66 |
| | | FLPRIV01767-70 |
| | FLPRIV01772-78 | |
| | FLPRIV01779-90 | |
| | FLPRIV01791-95 | |

| | | |
|---|---|---|
| | | FLPRIV01796 |
| | FLPRIV01801-03 | |
| | FLPRIV01804-06 | |
| | | FLPRIV01807 |
| | | FLPRIV01808-10 |
| | FLPRIV01811-13 | |
| | | FLPRIV01818-1819 |
| | FLPRIV01820 (second paragraph) | FLPRIV01820 (remainder) |
| | | FLPRIV01821-22 |
| | | FLPRIV01823-28 |
| | | FLPRIV01829-31 |
| | | FLPRIV01833-34 |
| | | FLPRIV01835-36 |
| | | FLPRIV01837–40 |
| | | FLPRIV01841-44 |
| | FLPRIV01845-48 | |
| | FLPRIV01849-52 | |
| | | FLPRIV01853-54 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV01855 | |
| | | FLPRIV01856 |
| | | FLPRIV01858-60 |
| | | FLPRIV01861-63 |
| | | FLPRIV01864-65 |
| | | FLPRIV01866 |
| | | FLPRIV01867-71 |
| | | FLPRIV01872 |

| | | |
|---|---|---|
| | | FLPRIV01873-75 |
| | | FLPRIV01876-77 |
| | | FLPRIV01878-82 |
| | | FLPRIV01883 |
| | | FLPRIV01884 |
| | FLPRIV01885 | |
| | | FLPRIV01887 |
| | | FLPRIV01888-89 |
| | | FLPRIV01890 |
| | FLPRIV01891<br>(last two paragraphs) | FLPRIV01891 (remainder) |
| | FLPRIV01892<br>(first three paragraphs) | FLPRIV01892 (remainder) |
| | | FLPRIV01893 |
| | FLPRIV01900-07 | |
| | | FLPRIV01908-10 |
| | | FLPRIV01911 |
| | | FLPRIV01912-15 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV01916<br>(second and third sentences) | FLPRIV01916 (remainder) |
| | | FLPRIV01917 |
| | FLPRIV01918 (second paragraph) | FLPRIV01918 (remainder) |
| | | FLPRIV01919 |
| | | FLPRIV01920-21 |
| | | FLPRIV01922-25 |
| | | FLPRIV01926-27 |
| | | FLPRIV01928-29 |

| | | |
|---|---|---|
| | | FLPRIV01930-32 |
| | | FLPRIV01933-36 |
| | | FLPRIV01937-39 |
| | | FLPRIV01940-42 |
| | | FLPRIV01943 |
| | | FLPRIV01944 |
| | FLPRIV01945 (1., 2., 3., and a)) | FLPRIV01945 (remainder) |
| | | FLPRIV01946-48 |
| | | FLPRIV01949-50 |
| | FLPRIV01951-66 | |
| | | FLPRIV01967-72 |
| | | FLPRIV01973-75 |
| | | FLPRIV01976 |
| | | FLPRIV01977-78 |
| | | FLPRIV01979 |
| | | FLPRIV01980 |
| | | FLPRIV01981 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV01982-85 | |
| | | FLPRIV01986-89 |
| | | FLPRIV01990-94 |
| | FLPRIV01995-98 | |
| | | FLPRIV02000-02 |
| | FLPRIV02003-06 | |
| | FLPRIV02008-13 | |
| | | FLPRIV02014-16 |
| | | FLPRIV02017 |

| | | |
|---|---|---|
| | FLPRIV02018-23 | |
| | | FLPRIV02024-25 |
| | | FLPRIV02026-27 |
| | FLPRIV02028-33 | |
| | | FLPRIV02034 |
| | | FLPRIV02035 |
| | | FLPRIV02036-46 |
| | FLPRIV02047-51 | |
| | | FLPRIV02052-53 |
| | | FLPRIV02054-59 |
| | | FLPRIV02060-71 |
| | FLPRIV02072-74 | |
| | FLPRIV02075-76 | |
| | | FLPRIV02077-93 |
| | | FLPRIV02146-51 |
| | | FLPRIV02152-53 |
| | | FLPRIV02154-55 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02156-57 |
| | | FLPRIV02158-62 |
| | | FLPRIV02163-65 |
| | | FLPRIV02166-67 |
| | | FLPRIV02168-69 |
| | | FLPRIV02170-71 |
| | FLPRIV02172-76 | |
| | | FLPRIV02177-80 |
| | FLPRIV02181-84 | |

| | | |
|---|---|---|
| | | FLPRIV02185-86 |
| | FLPRIV02187-92 | |
| | FLPRIV02193-94 | |
| | FLPRIV02195-2200 | |
| | FLPRIV02201-05 | |
| | FLPRIV02206-07 | |
| | FLPRIV02208-11 | |
| | | FLPRIV02212-13 |
| | FLPRIV02214-16 | |
| | | FLPRIV02218-39 |
| | FLPRIV02240 | |
| | FLPRIV02241-43 | |
| | FLPRIV02244 | |
| | FLPRIV02245-46 | |
| | FLPRIV02247-48 | |
| | | FLPRIV02249-57 |
| | FLPRIV02258-65 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02266-69 |
| | FLPRIV02270-73 | |
| | | FLPRIV02274-75 |
| | | FLPRIV02276-78 |
| | | FLPRIV02279-80 |
| | | FLPRIV02281 |
| | | FLPRIV02283 |
| | | FLPRIV02284-90 |
| | FLPRIV02291-92 | |

| | | |
|---|---|---|
| | FLPRIV02293-95 | |
| | | FLPRIV02296-300 |
| | FLPRIV02301-03 | |
| | | FLPRIV02304-06 |
| | | FLPRIV02307-11 |
| | | FLPRIV02312-23 |
| | | FLPRIV02315-16 |
| | | FLPRIV02320 |
| | | FLPRIV02321-22 |
| | | FLPRIV02323-24 |
| | | FLPRIV02326-27 |
| | | FLPRIV02328-29 |
| | | FLPRIV02330-31 |
| | | FLPRIV02332-35 |
| | | FLPRIV02336-39 |
| | | FLPRIV02340-41 |
| | | FLPRIV02342-48 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02349 |
| | FLPRIV02350 | |
| | FLPRIV02354-57 | |
| | FLPRIV02358-60 | |
| | FLPRIV02372-73 | |
| | | FLPRIV02374-78 |
| | | FLPRIV02379-80 |
| | | FLPRIV02381 |
| | | FLPRIV02382-83 |

| | | |
|---|---|---|
| | FLPRIV02384 | |
| | | FLPRIV02385-86 |
| | | FLPRIV02387-89 |
| | | FLPRIV02390-95 |
| | | FLPRIV02396-97 |
| | FLPRIV02398-400 | |
| | | FLPRIV02401 |
| | | FLPRIV02402-06 |
| | | FLPRIV02411 |
| | FLPRIV02412 | |
| | | FLPRIV02413-15 |
| | FLPRIV02416-17 | |
| | FLPRIV02422-25 | |
| | FLPRIV02426-28 | |
| | FLPRIV02429-32 | |
| | | FLPRIV02433-34 |
| | | FLPRIV02435 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02436-44 |
| | | FLPRIV02445-50 |
| | | FLPRIV02451-56 |
| | | FLPRIV02457-60 |
| | FLPRIV02461-63 | |
| | | FLPRIV02464 |
| | | FLPRIV02465-68 |
| | | FLPRIV02469-74 |
| | | FLPRIV02475 |

| | | |
|---|---|---|
| | | FLPRIV02476-78 |
| | | FLPRIV02479-80 |
| | | FLPRIV02481 |
| | | FLPRIV02482 |
| | | FLPRIV02483-87 |
| | | FLPRIV02488-89 |
| | | FLPRIV02490-92 |
| | | FLPRIV02493-95 |
| | | FLPRIV02496 |
| | | FLPRIV02497-98 |
| | | FLPRIV02499-511 |
| | | FLPRIV02512 |
| | | FLPRIV02513-14 |
| | | FLPRIV02515 |
| | | FLPRIV02516 |
| | | FLPRIV02517-19 |
| | | FLPRIV02520 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02521-22 |
| | | FLPRIV02523 |
| | | FLPRIV02524-26 |
| | | FLPRIV02527-29 |
| | | FLPRIV02530 |
| | | FLPRIV02531 |
| | | FLPRIV02532-33 |
| | | FLPRIV02534 |
| | | FLPRIV02538-40 |

| | | |
|---|---|---|
| | | FLPRIV02541-59 |
| | | FLPRIV02560 |
| | | FLPRIV02561-62 |
| | | FLPRIV02563 |
| | | FLPRIV02564 |
| | | FLPRIV02565 |
| | FLPRIV02566 (first paragraph) | FLPRIV02566 (remainder) |
| | | FLPRIV02568-69 |
| | | FLPRIV02570 |
| | | FLPRIV02571 |
| | | FLPRIV02572-73 |
| | | FLPRIV02574-83 |
| | | FLPRIV02584-85 |
| | | FLPRIV02586-87 |
| | FLPRIV02588-89 | |
| | | FLPRIV02590 |
| | | FLPRIV02591-92 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02593-94 |
| | | FLPRIV02595-96 |
| | | FLPRIV02597-98 |
| | | FLPRIV02599-600 |
| | | FLPRIV02601 |
| | | FLPRIV02602 |
| | | FLPRIV02603-04 |
| | | FLPRIV02604.1 |
| | | FLPRIV02605-06 |

| | | |
|---|---|---|
| | | FLPRIV02607-08 |
| | | FLPRIV02609-12 |
| | | FLPRIV02613-14 |
| | | FLPRIV02615-17 |
| | FLPRIV02618 (second paragraph) | FLPRIV02618 (remainder) |
| | | FLPRIV02619 |
| | | FLPRIV02620-21 |
| | | FLPRIV02622 |
| | | FLPRIV02623-26 |
| | | FLPRIV02627-28 |
| | | FLPRIV02629 |
| | | FLPRIV02630-32 |
| | | FLPRIV02633-36 |
| | | FLPRIV02637 |
| | | FLPRIV02638 |
| | | FLPRIV02639-41 |
| | | FLPRIV02642 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02643 |
| | | FLPRIV02644-46 |
| | | FLPRIV02647-49 |
| | | FLPRIV02650-52 |
| | | FLPRIV02653-55 |
| | | FLPRIV02656-57 |
| | | FLPRIV02658-61 |
| | | FLPRIV02662 |
| | | FLPRIV02663-65 |

| | | |
|---|---|---|
| | | FLPRIV02666-68 |
| | | FLPRIV02669-71 |
| | | FLPRIV02672 |
| | | FLPRIV02673 |
| | | FLPRIV02676-77 |
| | | FLPRIV02678-81 |
| | | FLPRIV02682 |
| | | FLPRIV02683-84 |
| | | FLPRIV02685-86 |
| | | FLPRIV02687 |
| | | FLPRIV02688-90 |
| | | FLPRIV02691-2693 |
| | | FLPRIV02694 |
| | | FLPRIV02965-2696 |
| | | FLPRIV02697 |
| | | FLPRIV02998-99 |
| | | FLPRIV02700 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02701-06 |
| | | FLPRIV02707 |
| | | FLPRIV02708 |
| | | FLPRIV02709-11 |
| | | FLPRIV02712 |
| | | FLPRIV02713-15 |
| | | FLPRIV02716 |
| | | FLPRIV02717-21 |
| | | FLPRIV02722-24 |

|  |  | FLPRIV02725-26 |
|---|---|---|
|  |  | FLPRIV02727-29 |
|  | FLPRIV02730 |  |
|  |  | FLPRIV02731-32 |
|  | FLPRIV02734-35 |  |
|  |  | FLPRIV02736-37 |
|  |  | FLPRIV02738 |
|  |  | FLPRIV02739-40 |
|  | FLPRIV02743-46 |  |
|  |  | FLPRIV02747 |
|  |  | FLPRIV02748-49 |
|  | FLPRIV02750 (3.) | FLPRIV02750 (remainder) |
|  |  | FLPRIV02751-52 |
|  |  | FLPRIV02753-58 |
|  |  | FLPRIV02759 |
|  |  | FLPRIV02760-62 |
|  |  | FLPRIV02763-65 |
|  | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
|  |  | FLPRIV02766-69 |
|  |  | FLPRIV02770-71 |
|  | FLPRIV02772 (second paragraph) | FLPRIV02772 (remainder) |
|  |  | FLPRIV02773 |
|  |  | FLPRIV02774 |
|  | FLPRIV02775 (third paragraph) | FLPRIV02775 (remainder) |
|  |  | FLPRIV02776-77 |
|  |  | FLPRIV01778-79 |
|  |  | FLPRIV02780-86 |

| | | |
|---|---|---|
| | FLPRIV02787 | |
| | | FLPRIV02788-89 |
| | | FLPRIV02790-92 |
| | | FLPRIV02795 |
| | | FLPRIV02796 |
| | | FLPRIV02797-98 |
| | | FLPRIV02800-03 |
| | | FLPRIV02804-06 |
| | | FLPRIV02807-08 |
| | | FLPRIV02809 |
| | | FLPRIV02810-15 |
| | | FLPRIV02816-18 |
| | | FLPRIV02819-20 |
| | | FLPRIV02821-33 |
| | | FLPRIV02834-40 |
| | | FLPRIV02841-42 |
| | | FLPRIV02843-46 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV02847 |
| | | FLPRIV02848-49 |
| | | FLPRIV02850 |
| | | FLPRIV02851-53 |
| | | FLPRIV02854-55 |
| | | FLPRIV02856-59 |
| | | FLPRIV02860-62 |
| | FLPRIV02863 | |
| | | FLPRIV02864-68 |

| | | |
|---|---|---|
| | FLPRIV02869-70 | |
| | | FLPRIV02871-74 |
| | | FLPRIV02875-78 |
| | | FLPRIV02879-81 |
| | FLPRIV02882-83 | |
| | FLPRIV02884-86 | |
| | | FLPRIV02887 |
| | FLPRIV02888-90 | |
| | | FLPRIV02893-95 |
| | FLPRIV02896-942 | |
| | FLPRIV02943-58 | |
| | FLPRIV02960 | |
| | FLPRIV02961 (third paragraph) | FLPRIV02961 (remainder) |
| | | FLPRIV02962-71 |
| | FLPRIV02972-74 | |
| | | FLPRIV02975-79 |
| | | FLPRIV02980 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV02981-82 | |
| | | FLPRIV02983 |
| | FLPRIV02984-88 | |
| | FLPRIV02989-94 | |
| | FLPRIV02995-3000 | |
| | | FLPRIV03001-03 |
| | FLPRIV03004 | |
| | FLPRIV03005-07 | |
| | | FLPRIV03008-09 |

| | | |
|---|---|---|
| | | FLPRIV03013-15 |
| | | FLPRIV03016 |
| | | FLPRIV03017-58 |
| | | FLPRIV03059 |
| | | FLPRIV03060-61 |
| | | FLPRIV03062 |
| | | FLPRIV03063 |
| | | FLPRIV03064 |
| | FLPRIV03065-66 | |
| | | FLPRIV03067 |
| | FLPRIV03068 | |
| | | FLPRIV03069-71 |
| | | FLPRIV03072-81 |
| | FLPRIV03082-86 | |
| | | FLPRIV03087-89 |
| | | FLPRIV03090-94 |
| | | FLPRIV03095 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03096 |
| | | FLPRIV03097-98 |
| | | FLPRIV03100 |
| | | FLPRIV03101 |
| | | FLPRIV03102 |
| | | FLPRIV03103 |
| | | FLPRIV03104 |
| | | FLPRIV03105-06 |
| | | FLPRIV03107 |

| | | |
|---|---|---|
| | | FLPRIV03108 |
| | FLPRIV03109-13 | |
| | | FLPRIV03114 |
| | | FLPRIV03115 |
| | | FLPRIV03116 |
| | | FLPRIV03117 |
| | | FLPRIV03118 |
| | | FLPRIV03119 |
| | | FLPRIV03120 |
| | | FLPRIV03121 |
| | | FLPRIV03122 |
| | FLPRIV03123 | |
| | | FLPRIV03124 |
| | | FLPRIV03125 |
| | | FLPRIV03126 |
| | | FLPRIV03127 |
| | | FLPRIV03128-29 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03130-31 |
| | | FLPRIV03132 |
| | | FLPRIV03133 |
| | FLPRIV03134 (1.) | FLPRIV03134 (remainder) |
| | | FLPRIV03135 |
| | | FLPRIV03136 |
| | | FLPRIV03137-38 |
| | | FLPRIV03140 |
| | | FLPRIV03141-42 |

| | | FLPRIV03143-47 |
|---|---|---|
| | | FLPRIV03148 |
| | | FLPRIV03149 |
| | | FLPRIV03150 |
| | | FLPRIV03151 |
| | | FLPRIV03152-53 |
| | | FLPRIV03154 |
| | FLPRIV03155 (second paragraph) | FLPRIV03155 (remainder) |
| | FLPRIV03156 (first two paragraphs) | FLPRIV03156 (remainder) |
| | FLPRIV03157 (second paragraph) | FLPRIV03157 (remainder) |
| | | FLPRIV03158 |
| | | FLPRIV03159 |
| | | FLPRIV03160-61 |
| | | FLPRIV03162 |
| | | FLPRIV03163 |
| | | FLPRIV03164 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03165-66 |
| | | FLPRIV03167-71 |
| | | FLPRIV03174 |
| | | FLPRIV03175 |
| | | FLPRIV03176-79 |
| | | FLPRIV03181-89 |
| | | FLPRIV03190 |
| | FLPRIV03191 | |
| | | FLPRIV03192-93 |

| | | |
|---|---|---|
| | | FLPRIV03194-95 |
| | | FLPRIV03196-97 |
| | | FLPRIV03199 |
| | | FLPRIV03200-05 |
| | | FLPRIV03206-08 |
| | | FLPRIV03209 |
| | | FLPRIV03210-12 |
| | | FLPRIV03213-15 |
| | | FLPRIV03216-17 |
| | | FLPRIV03218-20 |
| | | FLPRIV03221-23 |
| | | FLPRIV03224-25 |
| | | FLPRIV03226 |
| | | FLPRIV03227-28 |
| | | FLPRIV03229-31 |
| | | FLPRIV03232-34 |
| | | FLPRIV03235-37 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03238-41 |
| | | FLPRIV03242 |
| | | FLPRIV03243 |
| | | FLPRIV03244 |
| | | FLPRIV03245-46 |
| | | FLPRIV03247-48 |
| | | FLPRIV03249 |
| | | FLPRIV03250-52 |
| | | FLPRIV03253-54 |

| | | |
|---|---|---|
| | | FLPRIV03255-56 |
| | | FLPRIV03257 |
| | | FLPRIV03258-61 |
| | | FLPRIV03262-63 |
| | | FLPRIV03264 |
| | | FLPRIV03265-66 |
| | | FLPRIV03267 |
| | FLPRIV03268 (6.) | FLPRIV03268 (remainder) |
| | FLPRIV03269-71 | |
| | FLPRIV03272 | |
| | | FLPRIV03273-75 |
| | | FLPRIV03276 |
| | | FLPRIV03277-78 |
| | FLPRIV03281-84 | |
| | FLPRIV03285-88 | |
| | FLPRIV03289-93 | |
| | | FLPRIV03294-96 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03297 |
| | FLPRIV03298-310 | |
| | | FLPRIV03364-89 |
| | | FLPRIV03390-92 |
| | FLPRIV03393-401 | |
| | FLPRIV03402-05 | |
| | | FLPRIV03406 |
| | | FLPRIV03407-11 |
| | | FLPRIV03412 |

| | | |
|---|---|---|
| | FLPRIV03413-15 | |
| | | FLPRIV03416-18 |
| | FLPRIV03419-20 | |
| | | FLPRIV03421-56 |
| | | FLPRIV03457 |
| | | FLPRIV03458-59 |
| | FLPRIV03460-61 | |
| | | FLPRIV03462-97 |
| | | FLPRIV03498-99 |
| | | FLPRIV03500 |
| | | FLPRIV03501 |
| | | FLPRIV03502 |
| | | FLPRIV03503-04 |
| | | FLPRIV03505 |
| | | FLPRIV03507 |
| | | FLPRIV03508-09 |
| | | FLPRIV03510 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03513 |
| | | FLPRIV03514 |
| | | FLPRIV03515 |
| | | FLPRIV03516 |
| | | FLPRIV03517 |
| | | FLPRIV03518-20 |
| | | FLPRIV03521 |
| | | FLPRIV03522 |
| | FLPRIV03523 (2. (i)) | FLPRIV03523 (remainder) |

|  |  | FLPRIV03524 |
|---|---|---|
|  |  | FLPRIV03525 |
|  |  | FLPRIV03526-27 |
|  | FLPRIV03528<br>(first paragraph beginning with the second sentence) | FLPRIV03528 (remainder) |
|  |  | FLPRIV03530 |
|  |  | FLPRIV03531 |
|  |  | FLPRIV03533 |
|  |  | FLPRIV03534 |
|  |  | FLPRIV03535 |
|  |  | FLPRIV03538 |
|  |  | FLPRIV03541 |
|  | FLPRIV03542 |  |
|  |  | FLPRIV03543 |
|  |  | FLPRIV03544 |
|  | FLPRIV03545-47 |  |
|  | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
|  |  | FLPRIV03548 |
|  |  | FLPRIV03549 |
|  |  | FLPRIV03550-51 |
|  |  | FLPRIV03552 |
|  | FLPRIV03553-54 |  |
|  |  | FLPRIV03555-62 |
|  | FLPRIV03563 |  |
|  |  | FLPRIV03564 |
|  |  | FLPRIV03565 |
|  |  | FLPRIV03566 |

| | | |
|---|---|---|
| | FLPRIV03567 | |
| | | FLPRIV03568 |
| | FLPRIV03570-73 | |
| | | FLPRIV03574 |
| | | FLPRIV03575 |
| | | FLPRIV03576-79 |
| | FLPRIV03596 | |
| | | FLPRIV03598 |
| | | FLPRIV03599 |
| | | FLPRIV03600 |
| | FLPRIV03608-09 | |
| | | FLPRIV03615 |
| | | FLPRIV03616-17 |
| | FLPRIV03618 | |
| | | FLPRIV03619-20 |
| | | FLPRIV03623-24 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03625 |
| | FLPRIV03626 (1.4) | FLPRIV03626 (remainder) |
| | | FLPRIV03627-29 |
| | | FLPRIV03631 |
| | | FLPRIV03632 |
| | | FLPRIV03633-35 |
| | | FLPRIV03636 |
| | | FLPRIV03637 |
| | | FLPRIV03638 |
| | | FLPRIV03639 |

| | | |
|---|---|---|
| | | FLPRIV03640 |
| | | FLPRIV03641-42 |
| | | FLPRIV03643 |
| | | FLPRIV03644-45 |
| | | FLPRIV03648-50 |
| | | FLPRIV03653 |
| | | FLPRIV03654 |
| | FLPRIV03655 (1.4) | FLPRIV03655 (remainder) |
| | FLPRIV03656 (6.) | FLPRIV03656 (remainder) |
| | | FLPRIV03657 |
| | | FLPRIV03658 |
| | FLPRIV03659-63 | |
| | FLPRIV03664-65 | |
| | FLPRIV03668 | |
| | | FLPRIV03669 |
| | | FLPRIV03670 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03671 |
| | FLPRIV03672-74 | |
| | FLPRIV03675-79 | |
| | | FLPRIV03680-91 |
| | | FLPRIV03692 |
| | | FLPRIV03693-94 |
| | | FLPRIV03695 |
| | | FLPRIV03696 |
| | | FLPRIV03698-99 |
| | | FLPRIV03700-01 |

| | | |
|---|---|---|
| | | FLPRIV03702-03 |
| | | FLPRIV03706 |
| | | FLPRIV03709-11 |
| | | FLPRIV03712 |
| | FLPRIV03713 (3.) | FLPRIV03713 (remainder) |
| | | FLPRIV03716-19 |
| | | FLPRIV03727-28 |
| | | FLPRIV03731-32 |
| | | FLPRIV03733-34 |
| | | FLPRIV03739 |
| | | FLPRIV03740 |
| | | FLPRIV03741 |
| | | FLPRIV03742 |
| | | FLPRIV03743 |
| | | FLPRIV03744 |
| | FLPRIV03745 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03746 |
| | FLPRIV03747 (last paragraph) | FLPRIV03747 (remainder) |
| | | FLPRIV03748-50 |
| | | FLPRIV03751 |
| | | FLPRIV03752-53 |
| | | FLPRIV03754-57 |
| | | FLPRIV03758-59 |
| | | FLPRIV03760 |
| | | FLPRIV03761 |
| | | FLPRIV03762 |

| | | |
|---|---|---|
| | | FLPRIV03763 |
| | | FLPRIV03764 |
| | | FLPRIV03765 |
| | | FLPRIV03766 |
| | | FLPRIV03767 |
| | | FLPRIV03768 |
| | | FLPRIV03769 |
| | | FLPRIV03770 |
| | | FLPRIV03771 |
| | FLPRIV03772 | |
| | | FLPRIV03773 |
| | | FLPRIV03774-76 |
| | | FLPRIV03777-82 |
| | FLPRIV03783 | |
| | | FLPRIV03784 |
| | | FLPRIV03785-86 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03787 |
| | | FLPRIV03789 |
| | | FLPRIV03790 |
| | | FLPRIV03791 |
| | | FLPRIV03794-99 |
| | | FLPRIV03796-99 |
| | | FLPRIV03800 |
| | | FLPRIV03801-03 |
| | | FLPRIV03804-07 |
| | | FLPRIV03808 |

| | | |
|---|---|---|
| | | FLPRIV03809 |
| | | FLPRIV03810 |
| | | FLPRIV03811-12 |
| | | FLPRIV03813-14 |
| | | FLPRIV03815 |
| | FLPRIV03818 (last sentence) | FLPRIV03818 (remainder) |
| | | FLPRIV03819-20 |
| | | FLPRIV03821 |
| | | FLPRIV03823 |
| | | FLPRIV03824 |
| | FLPRIV03825-30 | |
| | | FLPRIV03831 |
| | FLPRIV03832 | |
| | | FLPRIV03839 |
| | | FLPRIV03840 |
| | | FLPRIV03841 |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03842 |
| | FLPRIV03843 | |
| | | FLPRIV03844 |
| | | FLPRIV03845-47 |
| | | FLPRIV03865 |
| | | FLPRIV03866 |
| | | FLPRIV03867-68 |
| | | FLPRIV03869-70 |
| | FLPRIV03871 | |
| | | FLPRIV03872 |

| | | |
|---|---|---|
| | | FLPRIV03874-75 |
| | | FLPRIV03876-77 |
| | | FLPRIV03878-80 |
| | | FLPRIV03881 |
| | | FLPRIV03882 |
| | | FLPRIV03883-85 |
| | | FLPRIV03886 |
| | | FLPRIV03887 |
| | | FLPRIV03888 |
| | | FLPRIV03890 |
| | | FLPRIV03891 |
| | | FLPRIV03892-3898 |
| | | FLPRIV03899-900 |
| | | FLPRIV03901 |
| | | FLPRIV03903-04 |
| | FLPRIV03905-06 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | | FLPRIV03907 |
| | | FLPRIV03908 |
| | | FLPRIV03909 |
| | | FLPRIV03910 |
| | FLPRIV03912 | |
| | | FLPRIV03913 |
| | FLPRIV03918-20 | |
| | | FLPRIV03921 |
| | FLPRIV03922-23 | |
| | | FLPRIV03924-25 |

**Memorandum Opinion and Order – Page 60**

| | | |
|---|---|---|
| | FLPRIV03926 (remainder) | FLPRIV03926 (2.6) |
| | FLPRIV03927-31 | |
| | | FLPRIV03932 |
| | | FLPRIV03940 |
| | | FLPRIV03941-43 |
| | | FLPRIV03944-45 |
| | | FLPRIV03947 |
| | | FLPRIV03963 |
| | | FLPRIV03972-76 |
| | | FLPRIV03977-81 |
| | | FLPRIV03982-85 |
| | | FLPRIV03986-87 |
| | FLPRIV03988-89 | |
| | FLPRIV03990-91 | |
| | | FLPRIV03992-93 |
| | FLPRIV03994-96 | |
| | **Documents Privileged (cont'd)** | **Documents Not Privileged (cont'd)** |
| | FLPRIV03997 | |
| | | FLPRIV03998 |
| | FLPRIV04000-02 | |
| | | FLPRIV04003-4006 |
| | | FLPRIV04007 |
| | FLPRIV04008-09 | |
| | | FLPRIV04010 |
| | | FLPRIV04011-15 |
| | FLPRIV04016-20 | |
| | FLPRIV04021-26 | |

| | | FLPRIV04027-29 |
|---|---|---|
| | FLPRIV04030-31 | |
| | FLPRIV04032-34 | |
| | FLPRIV04035-36 | |
| | | FLPRIV04037-40 |

As previously stated, the party asserting a privilege has the burden to demonstrate that the privilege exists.  Because the following documents are illegible, the court is unable to determine whether they are privileged, and Petitioner has failed to meet this burden:

| | **Illegible Documents** |
|---|---|
| **Mizell** | RMPRIV000117-18 |
| | RMPRIV000169 |
| | RMPRIV000552-555 |
| **Lohmeyer** | FLPRIV02282 |
| | FLPRIV03180 |
| | **Illegible Documents (cont'd)** |
| | FLPRIV03198 |
| | FLPRIV03532 |
| | FLPRIV03540 |

After careful review of the documents received, the court determines that documents FLPRIV02959 and FLPRIV03999 were not provided to the court for review.  Petitioner is **directed** to provide these documents to the court by **September 11, 2009, 5:00 p.m.**  Also, one document, RMPRIV000143-149, is not in English.  Petitioner is **directed** to have this document translated into English and to provide the translation to the court by **October 5, 2009, 5:00 p.m.**

III.    Conclusion

In light of these rulings, the court **grants** the United States' Renewed Motion to Determine Petitioner's Claim of Privilege and to Turn Over Documents Determines Not Privileged. Accordingly, the court **directs** Eulich to turnover the documents referenced above as "Documents Not Privileged" and "Illegible Documents" by **September 11, 2009, 5:00 p.m**.  The court also **directs** Petitioner to provide documents FLPRIV02959 and FLPRIV03999 to the court by **September 11, 2009, 5:00 p.m.** for review.  The court further **directs** Petitioner to have document RMPRIV000143-149 translated into English and to provide the translation to the court by **October 5, 2009, 5:00 p.m.**  *If Petitioner fails to comply with this order as directed, the court may take such action against Petitioner that it deems necessary and appropriate to enforce this order.*

This review has placed an undue, and in many instances unjustified, burden on the court and its staff.  It has stretched scarce judicial resources in a way never contemplated by the court.  In **many** instances, the court does not believe that the claim of privilege was made in good faith.  *Petitioner is put on notice that the court will not tolerate such blanket claims of privilege and will impose sanctions as appropriate if such conduct recurs.*

**It is so ordered** this 4th day of September, 2009.


_____
Sam A. Lindsay
United States District Judge